IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT, IN AND
FOR FLAGLER COUNTY, FLORIDA

ESTATE OF JENNIE IZZILLO,
AND ANNE IZZILLO, EXECUTOR,

    PLAINTIFF,                      CASE NO.: 2023 CA 000857

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    DEFENDANT.
_____/

## COMPLAINT & DEMAND FOR JURY TRIAL

COMES NOW, the Plaintiffs, ESTATE OF JENNIE IZZILLO, AND ANNE IZZILLO, EXECUTOR, (hereinafter "Plaintiffs" and/or "Insureds"), by and through the undersigned Attorney, and files this Complaint against the Defendant. As grounds therefore and in support thereof, the Plaintiff would state as follows:

### JURISDICTION AND VENUE

1.    This is an action for breach of contract and statutory duties, seeking damages which do exceed $50,000.00 exclusive of costs, interest, and attorneys' fees.

2.    At all material times hereto, Plaintiff was and is a resident of the County of Flagler, State of Florida.

3.    At all material times hereto, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, (hereinafter "Defendant") was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Flagler County, Florida.

4.	The insured property, 1 Cardinal Ct., Palm Coast, Florida 32137, (hereinafter the "Property"), is located within Flagler County, Florida.

WHEREFORE, based off of the foregoing, Plaintiff asserts that Jurisdiction and Venue are proper in this Court, within Flagler County, Florida.

## MATERIAL FACTS

5.	Prior to the incident occurring, the Insured sought and purchased homeowner's insurance from Defendant to cover Insured's Property. Said policy of insurance, which is believed to have policy number H3225161409100 with corresponding claim number of 047202204-01, was issued by Defendant to the Insured to provide insurance coverage which included, but was not limited to, coverage afforded to protect the Property against, *inter alia*, Hurricane, Wind and/or Hail and/or Rain and/or Other Perils.

6.	The Policy was issued by Defendant to the Insured in Flagler County, Florida and was in full force and effect as of the Date of Loss, which is on/or about July 20th, 2021. A formal, certified copy of the Insured's Policy is not currently in the possession of Plaintiff(s), but is well known to Defendant, has been requested previously by Plaintiff(s), and which is being requested by Plaintiff(s) through a Request to Produce (which will be served upon Defendant contemporaneously with this Complaint. *See Equity Premium, Inc. v. Twin City Fire Ins. Co.*, 956 So.2d 1257 (Fla. 4th DCA 2007); *Amiker v. Mid-Century Ins. Co.*, 398 So.2d 974 (Fla. 1st DCA 1981); *Parkway General Hospital, Inc. v. Allstate Ins. Co.*, 393 So.2d 1171 (Fla. 3rd DCA 1981); and *Sasche v. Tampa Music Co.*, 262 So.2d 17 (Fla. 2nd DCA 1972). Furthermore, because Plaintiff is currently not in possession of a formal, certified copy of the Insured's Policy, Plaintiff reserves the right to amend this Complaint upon production of the policy by Defendant

through discovery. Moreover, Plaintiff hereby incorporates fully by reference the certified copy of the policy that is in possession by the Defendant.

7. On or about the Date of Loss, the Property was damaged by a storm event which created, *inter alia*, Wind and/or Hail and/or Rain and/or Other Perils. Some of the damage that has occurred as a result of the Wind and/or Hail and/or Rain and/or Other Perils includes, *inter alia*, damage to the exterior, and damage to the interior, windows, flooring and pool screen. Said damage was covered under the Policy issued by Defendant to the Insured.

8. Plaintiff(s) assert that additional damage may exist and reserves the right to amend this Complaint as this claim proceeds, and as discovery is ongoing.

9. Plaintiff(s) submitted a claim to Defendant, but same claim was underpaid and partially denied by the Defendant.

10. As a result of the forgoing, Plaintiff seeks judgment against Defendant in an amount that does exceed $50,000.00, exclusive of costs, interest, and attorneys' fees.

<u>COUNT I - BREACH OF CONTRACT</u>

The allegations contained in paragraphs 1 through 10 of this Complaint are incorporated herein by reference as if again fully set forth. Furthermore, Plaintiff(s) asserts as follows:

11. The Insured is a named Insured under the homeowner's insurance policy of the Insured (the Policy described above) and said policy was in full force and effect as to the Insured at all times material to this Complaint, including when the Property was damaged as described herein.

12. This Policy of insurance, including all addendums, riders and attachments provided coverage for losses to the dwelling that occurred as a result of the Wind and/or Hail and/or Rain and/or Other Perils on the Date of Loss.

13. Defendant breached its Policy of insurance with Plaintiff by failing to abide by multiple provisions and/or endorsements within its own Policy. Furthermore, Defendant breached its Policy of insurance with Plaintiff by failing to abide by applicable law.

14. Defendant breached its contract with Plaintiff by, *inter alia*, failing to offer to pay for all of the debris removal(s) that is necessary to get the repair work finished.

15. Defendant breached its contract with Plaintiff by, *inter alia*, failing to abide by Ordinance or Law Coverage.

16. Defendant breached its contract with Plaintiff by, *inter alia*, failing to properly abide by Replacement Cost Coverage.

17. The amount of benefits determined thus far by Defendant on an Actual Cash Value basis is inadequate.

18. Defendant breached its contract with Plaintiff by, *inter alia*, failing or refusing to pay for all of the necessary debris removal(s).

19. Defendant breached its contract with Plaintiff by, *inter alia*, failing or refusing to pay for Overhead and Profit.

20. All conditions precedent to the initiation and maintenance of this action have either been excused, waived, satisfied, performed or discharged.

21. Defendant has failed to make Plaintiff(s) whole, constituting a breach of contract.

22. Plaintiff has been damaged as a result of Defendant's breach(es) in the form of insurance proceeds which have not been paid, interest, costs, and attorneys' fees.

23. Plaintiff has been and remains fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

24.     As a result of Defendant's aforementioned breach of contract, it has become necessary that Plaintiff retain the services of the undersigned Attorneys pursuant to Fla. Stat. § 627.70152. Plaintiff is obligated to pay a reasonable fee for the undersigned Attorneys' services in bringing this action, plus necessary costs.

25.     Pursuant to Fla. Stat. § 627.70152, Plaintiff asserts that they are able to recover from Defendant attorneys' fees and costs for this action.

26.     Plaintiff would derive a direct benefit from the Court's judgment ordering the Defendant to pay interest and attorneys' fees even if the Defendant pays all or some of the disputed benefits before judgment is entered after suit is filed.

   WHEREFORE, Plaintiff demands a judgment against Defendant for all outstanding insurance proceeds due to Plaintiff, including outstanding insurance proceeds, pre-judgment interest, post-judgment interest, costs and attorneys' fees pursuant to Fla. Stat. § 627.70152, and any and all other remedies or relief this Court deems just or appropriate.  Additionally, Plaintiff demands a trial by jury and:

   a. A judgment against Defendant for all outstanding insurance proceeds due to Plaintiff,

   b. That Defendant pays all outstanding and overdue insurance proceeds due to Plaintiff under Plaintiff(s)'s Policy with Defendant,

   c. That Defendant pay costs and attorneys' fees pursuant to Fla. Stat. § 627.70152,

   d. That Defendant pay interest on any overdue payments,

   e. That Defendant pay post-judgment interest,

   f. And for all other remedies or relief this Court deems just or appropriate.

Respectfully submitted to this Honorable Court on September 20, 2023.

    /s/Viktoriya B. Croskey, Esq.

SETZLER, CROSKEY, OWENS & BONDARYK, ATTORNEYS AT LAW
Viktoriya B. Croskey, Esq.
Florida Bar No.: 119093
1644 Blanding Blvd.,
Jacksonville, FL 32210
Telephone: (904) 515-2187
Facsimile: (904) 562-3350
Email: viktoriya@croskeylaw.org
Attorney for Plaintiff(s)

# Exhibit A



**R&K Certified Roofing of Florida**

| | |
|---|---|
| Insured: | Theresa Izzillo |
| Property: | 1 Cardinal Ct |
| | |
| Contractor: | |
| Company: | Kenneth Reed |

**Claim Number:** 047202204    **Policy Number:** H32-251-614091-0017    **Type of Loss:** Wind Damage

| | | |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 10/13/2021 10:38 AM |
| | | |
| Price List: | FLDY8X_SEP22 | |
| | Restoration/Service/Remodel | |
| Estimate: | R&K_1CARDINAL_IZZILL | |

The below estimation of damages is based only on minimum requirements as determined during the contractor site visit. There may be unforeseen damages not represented in this estimate due to concealed and unknown damages. If unknown and unforeseen damage is found during the demolition phase, the contractor will notify the owner/insurance company regarding any supplemental work that may result of this additional damage. Supplemental estimates may be needed to represent the change in scope and/ or measurements.



**R&K Certified Roofing of Florida**

R&K_1CARDINAL_IZZILL

Roof

## Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of comp. shingles - Laminated | 19.08 SQ | 59.42 | 0.00 | 226.74 | 1,360.47 | (0.00) | 1,360.47 |
| 2. Laminated - comp. shingle rfg. - w/ felt | 22.00 SQ | 315.12 | 241.61 | 1,434.84 | 8,609.09 | (0.00) | 8,609.09 |
| 3. Re-nailing of roof sheathing - complete re-nail | 1,908.00 SF | 0.29 | 1.53 | 110.96 | 665.81 | (0.00) | 665.81 |
| 4. Roofing felt - synthetic underlayment | 19.08 SQ | 50.01 | 29.41 | 196.72 | 1,180.32 | (0.00) | 1,180.32 |
| 5. Roofing felt - synthetic underlayment Second layer of under-layment per Florida Building code **R905.1.1.1** | 19.08 SQ | 50.01 | 29.41 | 196.72 | 1,180.32 | (0.00) | 1,180.32 |
| 6. R&R Ridge cap - composition shingles* | 150.00 LF | 8.38 | 16.32 | 254.66 | 1,527.98 | (0.00) | 1,527.98 |
| 7. Asphalt starter - peel and stick | 300.00 LF | 2.38 | 16.80 | 146.16 | 876.96 | (0.00) | 876.96 |
| 8. R&R Drip edge | 300.00 LF | 3.51 | 29.04 | 216.40 | 1,298.44 | (0.00) | 1,298.44 |
| 9. Seal & paint trim - two coats | 300.00 LF | 1.49 | 3.36 | 90.08 | 540.44 | (0.00) | 540.44 |
| 10. R&R Roof vent - off ridge type - 4' | 1.00 EA | 163.73 | 4.44 | 33.64 | 201.81 | (0.00) | 201.81 |
| 11. R&R Valley metal | 60.00 LF | 7.00 | 9.74 | 85.94 | 515.68 | (0.00) | 515.68 |
| 12. R&R Flashing - pipe jack - lead | 4.00 EA | 93.29 | 14.91 | 77.62 | 465.69 | (0.00) | 465.69 |
| 13. R&R Flashing - pipe jack - split boot | 1.00 EA | 98.51 | 3.72 | 20.44 | 122.67 | (0.00) | 122.67 |
| 14. Digital satellite system - Detach & reset | 1.00 EA | 41.02 | 0.00 | 8.20 | 49.22 | (0.00) | 49.22 |
| 15. Digital satellite system - alignment and calibration only | 1.00 EA | 123.04 | 0.00 | 24.60 | 147.64 | (0.00) | 147.64 |
| **Total: Roof** | | | 400.29 | 3,123.72 | 18,742.54 | 0.00 | 18,742.54 |

## Flat Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. Interactive Engineering - Plans/Prints* | 1.00 EA | 1,200.00 | 0.00 | 240.00 | 1,440.00 | (0.00) | 1,440.00 |
| 17. R&R Modified bitumen roof | 10.00 SQ | 416.64 | 86.90 | 850.66 | 5,103.96 | (0.00) | 5,103.96 |
| 18. R&R Insulation - ISO board, 2" | 9.20 SQ | 305.62 | 82.76 | 578.90 | 3,473.36 | (0.00) | 3,473.36 |
| 19. R&R Sheathing - plywood - 1/2" CDX | 320.00 SF | 2.81 | 32.26 | 186.30 | 1,117.76 | (0.00) | 1,117.76 |
| 20. R&R Fascia - 1" x 4" - #1 pine | 12.00 LF | 5.54 | 1.27 | 13.56 | 81.31 | (0.00) | 81.31 |
| **Totals: Flat Roof** | | | 203.19 | 1,869.42 | 11,216.39 | 0.00 | 11,216.39 |

## Soffit, Fascia, Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

R&K_1CARDINAL_IZZILL                                                                                            9/14/2022                Page: 2



**R&K Certified Roofing of Florida**

### CONTINUED - Soffit, Fascia, Gutters

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21. R&R Gutter / downspout - aluminum - 6" | 28.00 LF | 11.40 | 16.98 | 67.24 | 403.42 | (0.00) | 403.42 |
| 22. R&R Soffit - vinyl | 500.00 SF | 5.25 | 89.20 | 542.84 | 3,257.04 | (0.00) | 3,257.04 |
| 23. R&R Fascia - 1" x 6" - #2 pine | 281.40 LF | 5.95 | 30.62 | 340.98 | 2,045.93 | (0.00) | 2,045.93 |
| 24. R&R Fascia - metal - 6" | 281.40 LF | 5.47 | 54.25 | 318.70 | 1,912.21 | (0.00) | 1,912.21 |
| 25. R&R Vinyl J trim | 281.40 LF | 4.23 | 18.01 | 241.68 | 1,450.02 | (0.00) | 1,450.02 |
| **Totals: Soffit, Fascia, Gutters** | | | **209.06** | **1,511.44** | **9,068.62** | **0.00** | **9,068.62** |

### Skylights

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 26. R&R Skylight - flat fixed, up to 6 sf | 3.00 EA | 610.43 | 109.19 | 388.10 | 2,328.58 | (0.00) | 2,328.58 |
| **Totals: Skylights** | | | **109.19** | **388.10** | **2,328.58** | **0.00** | **2,328.58** |
| **Total: Roof** | | | **921.73** | **6,892.68** | **41,356.13** | **0.00** | **41,356.13** |

### Interior

**Interior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 27. Ocean Air Quality estimate* | 1.00 EA | 9,718.01 | 0.00 | 1,943.60 | 11,661.61 | (0.00) | 11,661.61 |
| 28. Ocean Air Quality Report* | 1.00 EA | 1,250.00 | 0.00 | 250.00 | 1,500.00 | (0.00) | 1,500.00 |
| **Total: Interior** | | | **0.00** | **2,193.60** | **13,161.61** | **0.00** | **13,161.61** |

### Bedroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Content Manipulation charge - per hour | 3.00 HR | 44.22 | 0.00 | 26.54 | 159.20 | (0.00) | 159.20 |
| 30. Light fixture - Detach & reset | 1.00 EA | 49.48 | 0.00 | 9.90 | 59.38 | (0.00) | 59.38 |
| 31. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 14.82 | 0.00 | 2.96 | 17.78 | (0.00) | 17.78 |

R&K_1CARDINAL_IZZILL                                                     9/14/2022                         Page: 3



**R&K Certified Roofing of Florida**

### CONTINUED - Bedroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. Mask per square foot for drywall work | 4.00 SF | 0.28 | 0.02 | 0.22 | 1.36 | (0.00) | 1.36 |
| 33. R&R 5/8" drywall - hung, taped, floated, ready for paint | 4.00 SF | 3.39 | 0.21 | 2.74 | 16.51 | (0.00) | 16.51 |
| 34. R&R Batt insulation - 6" - R19 - paper / foil faced | 4.00 SF | 1.34 | 0.23 | 1.10 | 6.69 | (0.00) | 6.69 |
| 35. Seal/prime then paint the surface area (2 coats) | 144.00 SF | 1.02 | 2.65 | 29.92 | 179.45 | (0.00) | 179.45 |
| 36. Floor protection - plastic and tape - 10 mil | 144.00 SF | 0.31 | 1.38 | 9.20 | 55.22 | (0.00) | 55.22 |
| **Totals: Bedroom 1** | | | **4.49** | **82.58** | **495.59** | **0.00** | **495.59** |

### Bedroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 37. Content Manipulation charge - per hour | 3.00 HR | 44.22 | 0.00 | 26.54 | 159.20 | (0.00) | 159.20 |
| 38. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 14.82 | 0.00 | 2.96 | 17.78 | (0.00) | 17.78 |
| 39. Mask per square foot for drywall work | 130.00 SF | 0.28 | 0.62 | 7.40 | 44.42 | (0.00) | 44.42 |
| 40. R&R 5/8" drywall - hung, taped, floated, ready for paint | 130.00 SF | 3.39 | 6.97 | 89.54 | 537.21 | (0.00) | 537.21 |
| 41. R&R Batt insulation - 6" - R19 - paper / foil faced | 130.00 SF | 1.34 | 7.59 | 36.36 | 218.15 | (0.00) | 218.15 |
| 42. Seal/prime then paint the surface area (2 coats) | 130.00 SF | 1.02 | 2.39 | 27.00 | 161.99 | (0.00) | 161.99 |
| 43. Floor protection - plastic and tape - 10 mil | 130.00 SF | 0.31 | 1.25 | 8.32 | 49.87 | (0.00) | 49.87 |
| **Totals: Bedroom 2** | | | **18.82** | **198.12** | **1,188.62** | **0.00** | **1,188.62** |

### Master Bed

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 44. Content Manipulation charge - per hour | 3.00 HR | 44.22 | 0.00 | 26.54 | 159.20 | (0.00) | 159.20 |
| 45. Ceiling fan - Detach & reset | 1.00 EA | 176.24 | 0.00 | 35.24 | 211.48 | (0.00) | 211.48 |
| 46. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 14.82 | 0.00 | 2.96 | 17.78 | (0.00) | 17.78 |

R&K_1CARDINAL_IZZILL                                              9/14/2022                    Page: 4

 R&K Certified Roofing of Florida

### CONTINUED - Master Bed

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Mask per square foot for drywall work | 190.00 SF | 0.28 | 0.91 | 10.82 | 64.93 | (0.00) | 64.93 |
| 48. R&R 5/8" drywall - hung, taped, floated, ready for paint | 190.00 SF | 3.39 | 10.18 | 130.86 | 785.14 | (0.00) | 785.14 |
| 49. R&R Batt insulation - 6" - R19 - paper / foil faced | 190.00 SF | 1.34 | 11.10 | 53.14 | 318.84 | (0.00) | 318.84 |
| 50. Seal/prime then paint the surface area (2 coats) | 190.00 SF | 1.02 | 3.50 | 39.46 | 236.76 | (0.00) | 236.76 |
| 51. Floor protection - plastic and tape - 10 mil | 190.00 SF | 0.31 | 1.82 | 12.14 | 72.86 | (0.00) | 72.86 |
| **Totals: Master Bed** | | | **27.51** | **311.16** | **1,866.99** | **0.00** | **1,866.99** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52. Bathroom ventilation fan - Detach & reset | 1.00 EA | 53.80 | 0.00 | 10.76 | 64.56 | (0.00) | 64.56 |
| 53. Content Manipulation charge - per hour | 6.00 HR | 44.22 | 0.00 | 53.06 | 318.38 | (0.00) | 318.38 |
| 54. Floor protection - plastic and tape - 10 mil | 70.00 SF | 0.31 | 0.67 | 4.48 | 26.85 | (0.00) | 26.85 |
| 55. Seal/prime then paint the surface area (2 coats) | 70.00 SF | 1.02 | 1.29 | 14.54 | 87.23 | (0.00) | 87.23 |
| 56. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 7.61 | 0.00 | 1.52 | 9.13 | (0.00) | 9.13 |
| **Totals: Bathroom 1** | | | **1.96** | **84.36** | **506.15** | **0.00** | **506.15** |

### Bathroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 57. Bathroom ventilation fan - Detach & reset | 1.00 EA | 53.80 | 0.00 | 10.76 | 64.56 | (0.00) | 64.56 |
| 58. Content Manipulation charge - per hour | 6.00 HR | 44.22 | 0.00 | 53.06 | 318.38 | (0.00) | 318.38 |
| 59. Floor protection - plastic and tape - 10 mil | 50.00 SF | 0.31 | 0.48 | 3.20 | 19.18 | (0.00) | 19.18 |
| 60. Seal/prime then paint the surface area (2 coats) | 50.00 SF | 1.02 | 0.92 | 10.38 | 62.30 | (0.00) | 62.30 |



**R&K Certified Roofing of Florida**

### CONTINUED - Bathroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 61. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 7.61 | 0.00 | 1.52 | 9.13 | (0.00) | 9.13 |
| **Totals: Bathroom 2** | | | 1.40 | 78.92 | 473.55 | 0.00 | 473.55 |

### Garage

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62. Content Manipulation charge - per hour | 5.00 HR | 44.22 | 0.00 | 44.22 | 265.32 | (0.00) | 265.32 |
| 63. Light fixture - Detach & reset | 1.00 EA | 49.48 | 0.00 | 9.90 | 59.38 | (0.00) | 59.38 |
| 64. Overhead (garage) door opener - Detach & reset | 1.00 EA | 257.92 | 0.00 | 51.58 | 309.50 | (0.00) | 309.50 |
| 65. Seal/prime then paint the surface area (2 coats) | 200.00 SF | 1.02 | 3.68 | 41.54 | 249.22 | (0.00) | 249.22 |
| 66. Floor protection - plastic and tape - 10 mil | 200.00 SF | 0.31 | 1.92 | 12.78 | 76.70 | (0.00) | 76.70 |
| **Totals: Garage** | | | 5.60 | 160.02 | 960.12 | 0.00 | 960.12 |

### Foyer/Entry/Kitchen/Dining/Living

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. Content Manipulation charge - per hour | 8.00 HR | 44.22 | 0.00 | 70.76 | 424.52 | (0.00) | 424.52 |
| 68. Light fixture - Detach & reset - Extra large | 1.00 EA | 127.38 | 0.00 | 25.48 | 152.86 | (0.00) | 152.86 |
| 69. Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 14.82 | 0.00 | 8.90 | 53.36 | (0.00) | 53.36 |
| 70. Mask per square foot for drywall work | 1,000.00 SF | 0.28 | 4.80 | 56.96 | 341.76 | (0.00) | 341.76 |
| 71. R&R 5/8" drywall - hung, taped, floated, ready for paint | 978.00 SF | 3.39 | 52.42 | 673.56 | 4,041.40 | (0.00) | 4,041.40 |
| 72. R&R Batt insulation - 6" - R19 - paper / foil faced | 978.00 SF | 1.34 | 57.12 | 273.52 | 1,641.16 | (0.00) | 1,641.16 |
| 73. Seal/prime then paint the surface area (2 coats) | 978.00 SF | 1.02 | 18.00 | 203.12 | 1,218.68 | (0.00) | 1,218.68 |
| 74. Floor protection - plastic and tape - 10 mil | 978.00 SF | 0.31 | 9.39 | 62.52 | 375.09 | (0.00) | 375.09 |
| 75. R&R Attic entrance cover and trim | 1.00 EA | 105.47 | 2.21 | 21.54 | 129.22 | (0.00) | 129.22 |



**R&K Certified Roofing of Florida**

### CONTINUED - Foyer/Entry/Kitchen/Dining/Living

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. R&R Wallpaper | 344.00 SF | 3.63 | 31.10 | 255.96 | 1,535.78 | (0.00) | 1,535.78 |
| 77. Recessed light fixture - Detach & reset entire unit | 4.00 EA | 103.76 | 0.00 | 83.00 | 498.04 | (0.00) | 498.04 |
| **Totals: Foyer/Entry/Kitchen/Dining/Living** | | | 175.04 | 1,735.32 | 10,411.87 | 0.00 | 10,411.87 |
| **Total: Interior** | | | 234.82 | 4,844.08 | 29,064.50 | 0.00 | 29,064.50 |

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 515.00 | 0.00 | 103.00 | 618.00 | (0.00) | 618.00 |
| 79. Final cleaning - construction - Residential | 1,500.00 SF | 0.30 | 0.00 | 90.00 | 540.00 | (0.00) | 540.00 |
| 80. Residential Supervision / Project Management - per hour | 5.00 HR | 63.48 | 0.00 | 63.48 | 380.88 | (0.00) | 380.88 |
| 81. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 94.00 | 0.00 | 18.80 | 112.80 | (0.00) | 112.80 |
| **Totals: General** | | | 0.00 | 275.28 | 1,651.68 | 0.00 | 1,651.68 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 82. Heat, vent, & air cond. labor minimum | 1.00 EA | 158.89 | 0.00 | 31.78 | 190.67 | (0.00) | 190.67 |
| 83. Finish carpentry labor minimum | 1.00 EA | 125.83 | 0.00 | 25.16 | 150.99 | (0.00) | 150.99 |
| 84. Gutter labor minimum | 1.00 EA | 114.21 | 0.00 | 22.84 | 137.05 | (0.00) | 137.05 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 79.78 | 478.71 | 0.00 | 478.71 |
| **Line Item Totals: R&K_1CARDINAL_IZZILL** | | | 1,156.55 | 12,091.82 | 72,551.02 | 0.00 | 72,551.02 |

 **R&K Certified Roofing of Florida**

**Summary for Dwelling**

| | |
|---|---:|
| Line Item Total | 59,302.65 |
| Material Sales Tax | 1,156.55 |
| Subtotal | 60,459.20 |
| Overhead | 6,045.91 |
| Profit | 6,045.91 |
| **Replacement Cost Value** | **$72,551.02** |
| **Net Claim** | **$72,551.02** |



**R&K Certified Roofing of Florida**

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (8%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (8%) |
|---|---:|---:|---:|---:|---:|---:|
| **Line Items** |  |  |  |  |  |  |
|  | 6,045.91 | 6,045.91 | 1,156.55 | 0.00 | 0.00 | 0.00 |
| **Total** |  |  |  |  |  |  |
|  | 6,045.91 | 6,045.91 | 1,156.55 | 0.00 | 0.00 | 0.00 |

 **R&K Certified Roofing of Florida**

# Recap by Room

Estimate: R&K_1CARDINAL_IZZILL

| Area: Roof | | |
|---|---:|---:|
| Flat Roof | 15,218.53 | 25.66% |
| | 9,143.78 | 15.42% |
| Soffit, Fascia, Gutters | 7,348.12 | 12.39% |
| Skylights | 1,831.29 | 3.09% |
| **Area Subtotal: Roof** | **33,541.72** | **56.56%** |
| Area: Interior | 10,968.01 | 18.49% |
| Bedroom 1 | 408.52 | 0.69% |
| Bedroom 2 | 971.68 | 1.64% |
| Master Bed | 1,528.32 | 2.58% |
| Bathroom 1 | 419.83 | 0.71% |
| Bathroom 2 | 393.23 | 0.66% |
| Garage | 794.50 | 1.34% |
| Foyer/Entry/Kitchen/Dining/Living | 8,501.51 | 14.34% |
| **Area Subtotal: Interior** | **23,985.60** | **40.45%** |
| General | 1,376.40 | 2.32% |
| Labor Minimums Applied | 398.93 | 0.67% |
| **Subtotal of Areas** | **59,302.65** | **100.00%** |
| **Total** | **59,302.65** | **100.00%** |



**R&K Certified Roofing of Florida**

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 465.22 | 0.64% |
| CONTENT MANIPULATION | 1,503.48 | 2.07% |
| GENERAL DEMOLITION | 5,971.82 | 8.23% |
| DOORS | 257.92 | 0.36% |
| DRYWALL | 4,159.54 | 5.73% |
| ELECTRICAL | 107.60 | 0.15% |
| ELECTRICAL - SPECIAL SYSTEMS | 123.04 | 0.17% |
| PERMITS AND FEES | 1,294.00 | 1.78% |
| FINISH CARPENTRY / TRIMWORK | 222.52 | 0.31% |
| FRAMING & ROUGH CARPENTRY | 694.40 | 0.96% |
| HAZARDOUS MATERIAL REMEDIATION | 10,968.01 | 15.12% |
| HEAT, VENT & AIR CONDITIONING | 247.81 | 0.34% |
| INSULATION | 1,315.02 | 1.81% |
| LABOR ONLY | 317.40 | 0.44% |
| LIGHT FIXTURES | 817.62 | 1.13% |
| PAINTING | 2,790.46 | 3.85% |
| ROOFING | 18,682.81 | 25.75% |
| SIDING | 855.46 | 1.18% |
| SOFFIT, FASCIA, & GUTTER | 5,934.10 | 8.18% |
| WINDOWS - SKYLIGHTS | 1,676.58 | 2.31% |
| WALLPAPER | 897.84 | 1.24% |
| **O&P Items Subtotal** | **59,302.65** | **81.74%** |
| Material Sales Tax | 1,156.55 | 1.59% |
| Overhead | 6,045.91 | 8.33% |
| Profit | 6,045.91 | 8.33% |
| **Total** | **72,551.02** | **100.00%** |

R & K Certified Roofing of Florida, Inc.
4551 US Highway 1, Suite A
BUNNELL, FL  32110
3864463100
david@rkroof.com



# Invoice

| ADDRESS | SHIP TO |
|---|---|
| Jennie Izzillo<br>1 Cardinal Court<br>Palm Coast  32137 | Jennie Izzillo<br>1 Cardinal Court<br>Palm Coast  32137 |

| INVOICE # | DATE |
|---|---|
| 1840 | 04/15/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
|  | Tarp - Shingle | Reasonable Emergency Measure - Installation of Tarp as Water Barrier 12.23.2021 | 1 | 500.00 | 500.00 |
|  | Tarp - Shingle | Reasonable Emergency Measure - Installation of Tarp as Water Barrier 04.04.2022 | 1 | 500.00 | 500.00 |
|  | Tarp - Shingle | Reasonable Emergency Measure - Installation of Tarp as Water Barrier 07.13.2022 | 1 | 500.00 | 500.00 |

SUBTOTAL 1,500.00
TAX
TOTAL $1,500.00

Accepted By                                    Accepted Date