UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ESTATE OF JENNIE IZZILLO
and ANNE IZZILLO, Executor

    Plaintiffs,

v.    Case No.  3:23-cv-1265-MMH-MCR

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 23; Notice) filed on December 12, 2023. In the Notice, Plaintiff requests dismissal of this matter without prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of December, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record